428 A.2d 1341

**AIR ENGINEERS, INC., Appellant,**

v.

**COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued April 28, 1981.

Decided May 11, 1981.

Patrick M. Reb, Lebanon, for appellant.

Paul S. Roeder, Harrisburg, for appellee.

Before ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

The order of the Commonwealth Court, 397 A.2d 854, is affirmed.

O'BRIEN, C. J., and WILKINSON, J., did not participate in the consideration or decision of this case.